[No. 29681-4-III. Division Three. January 26, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRIL JAMES WALLACE, *Appellant*.

*Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29760-8-III. Division Three. January 26, 2012.]

STERLING SAVINGS BANK, *Respondent*, v. PHILLIP MURPHY ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 64763-6-I. Division One. January 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ORLANDO MACK, *Appellant*.

*Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Lau, JJ.

[No. 65577-9-I. Division One. January 30, 2012.]

SEAWEST SERVICES ASSOCIATION, *Respondent*, v. JIM COPENHAVER ET AL., *Appellants*.

*Affirmed in part* and *reversed in part* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.